

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00211-CV

Nancy L. **TANKERSLEY** and Charlie R. Tankersley,
Appellants

v.

**TRIPLE I. RANCHES, A TEXAS PARTNERSHIP**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13940
Honorable Spencer W. Brown, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee, Triple I. Ranches, A Texas Partnership, recover its costs of this appeal from appellants, Nancy L. Tankersley and Charlie R. Tankersley.

SIGNED May 22, 2019.

_____
Beth Watkins, Justice

---

[1] The Honorable N. Keith Williams is the presiding judge of the 216th District Court, Gillespie County, Texas. However, the judgment in this case was signed by the Honorable Spencer W. Brown, sitting by assignment.